# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:17-mj-02018-DUTY All Defendants *SEALED*
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Martinsen | Date Filed: 08/09/2017 |
| | Date Terminated: 08/09/2017 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Richard Thomas Martinsen**<br>*TERMINATED: 08/09/2017* | represented by | **Lonnie L McDowell**<br>Carroll Kelly Trotter Franzen & McKenna<br>111 West Ocean Boulevard 14th Floor<br>PO Box 22636<br>Long Beach, CA 90801-5636<br>562-432-5855<br>Fax: 562-432-8785<br>Email: lonnie@mfalegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 21:841(a)(1),(b)(1)(C),846, 18:1956 | |

**Plaintiff**

Case 1:17-mj-00124-EPG   Document 12-8   Filed 08/11/17   Page 2 of 3

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Div - US Courthouse<br>312 N Spring St, 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2017 | 🔒 | (Court only) ***Defendant Richard Thomas Martinsen ARRESTED (Rule 5(c)(3)) (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Richard Thomas Martinsen, originating in the Eastern District of California. Defendant charged in violation of: 21:841(a)(1),(b)(1)(C),846, 18:1956. Signed by agent Matthew Larsen, HSI, Special Agent. (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Richard Thomas Martinsen; defendant's Year of Birth: 1987; date of arrest: 8/8/2017 (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 3 | Defendant Richard Thomas Martinsen arrested on warrant issued by the USDC Eastern District of California at Fresno. (Attachments: # 1 Charging Document)(ja) (Entered: 08/11/2017) |
| 08/09/2017 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Michael R. Wilner as to Defendant Richard Thomas Martinsen Defendant arraigned and states true name is as charged. Attorney: Lonnie L McDowell for Richard Thomas Martinsen, Retained, present. Court orders bail set as: Richard Thomas Martinsen (1) $50,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Court orders defendant held to answer to Eastern District of California. Bond to Transfer. Defendant ordered to report on 8/17/17 at 2:00 PM. Case to remain sealed. Court Smart: CS 8/9/17. (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 5 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Lonnie L McDowell appearing for Richard Thomas Martinsen (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 6 | DECLARATION RE: PASSPORT filed by Defendant Richard Thomas Martinsen, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 7 | ADVISEMENT OF CONSTITUTIONAL AND STATUTORY RIGHTS (INITIAL APPEARANCE) filed by Defendant Richard Thomas Martinsen (ja) (Entered: 08/11/2017) |

| | | |
|---|---|---|
| 08/09/2017 | Case 1:17-mj-00124-EPG   Document 12-8   Filed 08/11/17   Page 3 of 3<br>8 | WAIVER OF RIGHTS approved by Magistrate Judge Michael R. Wilner as to Defendant Richard Thomas Martinsen. (ja) (Entered: 08/11/2017) |
| 08/09/2017 | 🔒 | (Court only) ***Magistrate Case Terminated (ja) (Entered: 08/11/2017) |
| 08/11/2017 | | Notice to Eastern District of California of a SEALED Rule 5 Initial Appearance as to Defendant Richard Thomas Martinsen. Your case number is: 7:17MJ124-EPG. The clerk will transmit ALL. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 08/11/2017) |